**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jason Daniel TAYLOR, Defendants–Appellant.**

**No. 06–13139**

United States Court of Appeals, Eleventh Circuit.

Feb. 20, 2009.

Gwendolyn L. Spivey, Randolph P. Murrell, William Rourk Clark, Jr., Ofc. of the Federal Public Defender, Tallahassee, FL, for Defendants–Appellant.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

We have this case on remand from the Supreme Court for reconsideration in light of *Chambers v. United States*, —— U.S. ——, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009). On February 6, 2009, we ordered the parties to file letter briefs addressing the effect of *Chambers* upon this case. The parties have done so and this appeal is now ripe for disposition.

The United States has indicated in its letter brief that it no longer seeks to enhance Mr. Taylor's sentence under the Armed Career Criminal Act (the "ACCA") 18 U.S.C. § 924(e), and that it consents to the vacation of his sentence and remand for re-sentencing without the enhancement provided by the ACCA.

Accordingly, we shall vacate Defendant's sentence and remand for re-sentencing.

VACATED AND REMANDED FOR RESENTENCING.